IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAZLIDIN DZHURAEV<br>Petitioner,<br>v.<br><br>J.L. JAMISON, et al.,<br><br>Respondents. | CIVIL ACTION<br>NO. 26-5672 |

**ORDER**

**AND NOW**, this 28th day of August 2026, upon receipt of the parties' Joint Status Report (Doc. No. 5), it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to all Defendants.
2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.